389 A.2d 205

Johns v. Johns, Appellant, et al.

Argued November 17, 1977. Stuart J. Horner, Jr., for appellant; Richard H. Galloway, with him Ackerman & Galloway, for appellee.

OPINION PER CURIAM: Case is remanded to the lower court for the purpose of determining whether or not 18 No. 11 Street, Easton, Pennsylvania, was the residence of appel-

lant, Charleen Johns, at the time the service was alleged to have been made on her.

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.